UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKE A TOSCANO,

    Petitioner,

v.

KATHLEEN ALLISON,

    Respondent.

Case No. 22-cv-06981-VC

**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS**

Re: Dkt. No. 6

Mike A. Toscano filed a petition for a writ of habeas corpus seeking access to his prison file. He also filed a motion to proceed in forma pauperis, which is granted. Dkt. No. 6. Toscano's petition is dismissed.

## DISCUSSION

Habeas is the "exclusive remedy" for the prisoner who seeks "'immediate or speedier release'" from confinement. *Skinner v. Switzer*, 562 U.S. 521, 533-34 (2011) (citation omitted). In the Ninth Circuit, if a prisoner seeks alleviation of a prison condition that will not necessarily shorten his sentence, he must bring a civil rights action under 42 U.S.C. § 1983 rather than filing a habeas petition. *Ramirez v. Galaza*, 334 F.3d 850, 859 (9th Cir. 2003). Here, Toscano claims that the California Department of Corrections is refusing his request to receive documents in his file. Dkt. No. 1 at 5. But success on Toscano's challenge would not necessarily lead to his immediate or earlier release from confinement. *See Skinner*, 562 U.S. at 534. Toscano's claim relating to his file does not fall within the "core of habeas corpus" and consequently "must be brought, if at all, under § 1983." *Nettles v. Grounds*, 830 F.3d 922, 934 (9th Cir. 2016) (citations and internal quotation marks omitted).

## CONCLUSION

For the foregoing reasons:

1. Petitioner's motion for leave to proceed in forma pauperis is GRANTED.

2. This action for a writ of habeas corpus is DISMISSED without prejudice to Toscano filing a civil rights action under 42 U.S.C. § 1983, preferably using the court's civil rights complaint form, after he has exhausted California's prison administrative remedies. *See* 42 U.S.C. § 1997e(a).

3. The Clerk is instructed to include a copy of the prisoner civil rights complaint form to Toscano with a copy of this order, along with an in forma pauperis application.

4. This order terminates Docket No. 6.

**IT IS SO ORDERED.**

Dated: March 9, 2023

VINCE CHHABRIA
United States District Judge